SEALED

FILED
AUG 21 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  TIMOTHY H. DELGADO
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            CASE NO. 2:18-MJ-0156-EFB

12 |                 Plaintiff,            [PROPOSED] ORDER TO WITHDRAW ARREST
                                           WARRANT RE: DEISY KARINA MALDONADO
13 |           v.                          AND ISSUE SUMMONS

14 | DEISY KARINA MALDONADO and
     FRANCISCO JESUS MALDONADO,
15
                   Defendants.
16

17

18                              **ORDER**

19     The United States has moved to withdraw the arrest warrant issued for Deisy Karina Maldonado

20 on August 17, 2018, and requested that the Court issue a summons for Ms. Maldonado, directing her to

21 appear on August 23, 2018. The Court, having reviewed the motion, finds that it is made in good faith.

22 *See United States v. Wallace*, 848 F.2d 1464, 1468 (9th Cir. 1988). Accordingly, the Court orders that

23 the arrest warrant issued for Ms. Maldonado on August 17, 2018 is withdrawn, and that a summons for

24 Ms. Maldonado is hereby issued, directing her to appear in at 501 I Street, Courtroom 8 (13th floor), at

25 2:00 p.m. on August 23, 2018.

26 ///

27 ///

28 ///

[PROPOSED] ORDER TO WITHDRAW EXISTING SUMMONS RE:
DEISY KARINA MALDONADO AND TO ISSUE SUMMONS

The Court further orders that the Clerk of the Court notify the United States Marshals Service promptly that the arrest warrant issued for Ms. Maldonado on August 17, 2018, has been withdrawn, and a summons has been issued. Finally, the Court orders that the United States' motion and this Order be sealed until further order of the Court.

SO ORDERED.

Date: 8-21-2018

Hon. Edmund F. Brennan
United States Magistrate Judge