| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender<br>NOA E. OREN, #297100<br>Assistant Federal Defender<br>801 I Street, 3rd Floor<br>Sacramento, California 95814<br>Telephone: (916) 498-5700 |



**FILED**

SEP 06 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Attorney for Defendant
DEISY MALDONADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEISY MALDONADO,

    Defendant.

Case No. 2:18-cr-00178-KJM

DEFENDANT'S WAIVER OF APPEARANCE; ORDER

DATE: September 6, 2018
TIME: 2:00 p.m.
JUDGE: Hon. Kendall J. Newman

Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, the defendant, Deisy Maldonado, hereby waives the right to be present in person in open court for arraignment. Ms. Maldonado has been charged by indictment. Ms. Maldonado affirms that she has received a copy of the indictment and that he wishes to plead not guilty and request a jury trial. Ms. Maldonado acknowledges that she has been informed of the charges, the penalties provided by law, and of her rights in this matter. She seeks to waive her appearance in this matter because she is recovering from a caesarean section and is convalescing. She was present for her initial arraignment on the complaint, which addresses the same crime. She was informed by the Court of her rights and the charges at that appearance. She asks the Court to accept this waiver.

The defendant further acknowledges being informed of her rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and dates under that Act without the defendant's personal appearance.

Waiver of Personal Appearance               -1-

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: September 6, 2018

            *s/Deisy Maldonado*
            DEISY MALDONADO
            Original retained by attorney

I agree with and consent to my client's waiver of appearance. I have provided her with a copy of the indictment and discussed her rights, the charges, and the statutory penalties. I concur with her decision to waive her appearance and be arraigned without her personal appearance.

Dated: September 6, 2018

            Respectfully submitted,

            HEATHER E. WILLIAMS
            Federal Defender

            *s/ Noa E. Oren*
            NOA E. OREN
            Assistant Federal Defender

            Attorney for Defendant
            DEISY MALDONADO

## ORDER

Pursuant to Federal Rule of Criminal Procedure 10(b), the Court accepts Ms. Deisy Maldonado's waiver of appearance at arraignment.

Dated: September 6, 2018

            HON. KENDALL J. NEWMAN
            United States Magistrate Judge