McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0178-KJM-2 |
| Plaintiff, | ORDER DISMISSING INDICTMENT AS TO DEFENDANT DEISY KARINA MALDONADO |
| v. | |
| DEISY KARINA MALDONADO, | |
| Defendant. | |

**ORDER**

The United States has moved to dismiss the indictment as to defendant Deisy Karina Maldonado, filed September 6, 2018. The Court, having reviewed the motion, finds that the motion is made in good faith. *See United States v. Wallace*, 848 F.2d 1464, 1468 (9th Cir. 1988); *see also* Fed. R. Crim. P. 48(a). Accordingly, the Court orders that the indictment be dismissed without prejudice as to defendant Deisy Karina Maldonado.

SO ORDERED.

Dated: January 31, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE